UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | **CIVIL DOCKET NO. 6:23-CV-00174** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MT. HAWLEY INSURANCE COMPANY, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Before the Court is a MOTION FOR PARTIAL SUMMARY JUDGMENT (the "Motion") filed by Defendant Energy Technology Manufacturing & Threading, LLC ("ETMT") against its co-defendant and insurer, Mt. Hawley Insurance Company ("Mt. Hawley"). [Doc. 57]. Mt Hawley has filed an OPPOSITION to the Motion, to which ETMT has filed a REPLY. [Docs. 59, 63]. Because movant ETMT has not asserted any claims or defenses against Mt. Hawley in this forum on which judgment can be entered, the Motion is DENIED.

The Plaintiff in the above-captioned matter, Scottsdale Insurance Company ("Scottsdale"), filed this declaratory judgment action against its insured, ETMT, and a co-insurer, Mt. Hawley, seeking this Court's determination of its contractual obligations to ETMT in connection with a judgment entered against ETMT in a state court litigation and the related costs of defense. [Doc. 1]. Scottsdale subsequently amended its Complaint to add the plaintiff in the state court litigation as a defendant. [Doc. 7]. At bottom, Scottsdale seeks a judgment in this Court that sets forth its

contractual obligations to ETMT *vis-a-vis* ETMT's other insurer, Mt. Hawley, for the liability and defense costs associated with the state court litigation.

In the present Motion, ETMT requests that the Court enter a partial judgment declaring the "Continuous or Progressive Injury and Damage Exclusion endorsement and Products Liability exclusion contained in the Mt. Hawley excess policy to be inapplicable." [Doc. 57, p. 3]. Importantly, however, neither Mt. Hawley nor ETMT have asserted causes of action in this Court and are therefore postured in this case only as co-defendants to Scottdale's claims. Because there are no claims or defenses that are pending in this forum between Mt. Hawley and ETMT, there are no "claim[s] or defense[s] … on which summary judgment [may] be sought" as between them without implicating Scottsdale's claims. Fed. R. Civ. P. 56(a). Considering how this case is currently postured, then, Plaintiff Scottsdale's claims or the Defendants' defenses to those claims must be directly at issue in any Rule 56 motion. Likewise, Plaintiff Scottdale must necessarily be party to any motion for summary judgment affecting its claims.

Accordingly,

IT IS HEREBY ORDERED that ETMT's MOTION FOR PARTIAL SUMMARY JUDGMENT [Doc. 57] is DENIED.

THUS, DONE AND SIGNED in Chambers on this 23rd day of October 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE