**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | **CIVIL DOCKET NO. 6:23-CV-0174** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MT HAWLEY INSURANCE COMPANY, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## 60-DAY JUDGMENT OF DISMISSAL

The Court having been advised of the settlement of the claims existing among the parties and their joint desire to close this litigation,

IT IS ORDERED that this action is DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

IT IS FURTHER ORDERED that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby DENIED AS MOOT.

THUS, DONE AND SIGNED in Chambers on this 6TH day of February 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE