UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY,**  *Plaintiff*  **VERSUS**  **MT. HAWLEY INSURANCE COMPANY AND ENERGY TECHNOLOGY MANUFACTURING & THREADING, LLC,**  *Defendants* | **CIVIL ACTION NO. 6:23-CV-00174**  **JUDGE: DAVID C. JOSEPH**  **MAGISTRATE JUDGE: DAVID J. AYO** |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Scottsdale Insurance Company ("Scottsdale"), respectfully submits this Motion to Dismiss with Prejudice and moves this Honorable Court to dismiss all claims and causes of action asserted or which could have been asserted by Scottsdale against Defendants, Mt. Hawley Insurance Company; Energy Technology Manufacturing & Threading, LLC; and Premience Energy, LLC, in this Civil Action. The parties have agreed to a settlement and Scottsdale now prays for an Order dismissing this Civil Action, with prejudice, with each party to bear its own costs.

*SIGNATURE ON THE FOLLOWING PAGE*

Respectfully Submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Tucker T. Bohren*
      Jay Russell Sever (Bar No. 23935)
      Tucker T. Bohren (Bar No. 37039)
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: 504-566-1311
      Telecopier: 504-568-9130
      Email: jay.sever@phelps.com
           tucker.bohren@phelps.com

**ATTORNEYS FOR PLAINTIFF, SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

              */s/ Tucker T. Bohren*
              Tucker T. Bohren (Bar No. 37039)