## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY,** | **CIVIL ACTION NO. 6:23-CV-00174** |
| *Plaintiff* | |
| **VERSUS** | **JUDGE: DAVID C. JOSEPH** |
| **MT. HAWLEY INSURANCE COMPANY AND ENTERGY TECHNOLOGY MANUFACTURING & THREADING, LLC,** | **MAGISTRATE JUDGE: DAVID J. AYO** |
| *Defendants* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Motion to Dismiss with Prejudice ("Motion") filed by Plaintiff, Scottsdale Insurance Company:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion be and is hereby **GRANTED,** and that this lawsuit be and is hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers on this 6th day of May, 2024.

_____

**JUDGE DAVID C. JOSEPH**
**UNITED STATES DISTRICT COURT**